# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 13-59670 |
| | : | Chapter 7 (Judge Caldwell) |
| **John Peters** | : | SSN: xxx-xx-0817 |
| **Shella Peters** | : | SSN: xxx-xx-3464 |
| 29 Jessica Drive | : | |
| Frankfort, Ohio  45628 | : | |
| | : | |
| Debtors. | : | |

## NOTICE OF PROPOSED PRIVATE SALE

PLEASE TAKE NOTICE that Susan L. Rhiel, Trustee herein, whose address is 394 East Town Street, Columbus, Ohio 43215, proposes to sell the following property of the within estate to the buyers named herein for the price and on the terms and conditions set forth below:

**Date of Sale:**  On or after 21 days from the date of the mailing of this Notice

**General Description of Property:**  Debtor John Peters' ¼ interest in 85.6 acres of land located on Musgrove Road in Chillicothe, Ohio, that is better known as Parcel Numbers 18-506012.000 and 19-0403131.000

**Buyers:**   Lorna Overly; William Peters and Charles Peters (Debtor John Peters' sister and brothers)

**Price:**   $10,127.50

**Basis for Suggested Price:**  Best offer received

**Terms and Conditions**:   The Buyers will make a lump sum payment within 21 days of the filing of this Notice

PLEASE TAKE FURTHER NOTICE that the Trustee may proceed with the proposed sale unless, within twenty-one days from the date of this Notice:

(1)   a party-in-interest files a written Objection, stating the grounds for opposition and also files a Request for Hearing with the Court and serves a copy thereof on the Trustee, the Debtors, and counsel for the Debtors; OR

Case 2:13-bk-59670   Doc 20   Filed 02/12/14   Entered 02/12/14 11:45:24   Desc Main
                            Document       Page 2 of 2

      (2)      an entity files a notice of offer to purchase the property and a request for a hearing with this Court and serves a copy thereof on the Trustee and the Debtors.

| | |
|---|---|
| Date: <u>February 12, 2014</u> | Respectfully submitted,<br>**RHIEL & ASSOCIATES CO., LPA**<br><br>/s/ Susan L. Rhiel<br>Susan L. Rhiel, Esq. (0034533)<br>394 East Town Street<br>Columbus, Ohio 43215<br>Telephone: (614) 221-4670<br>Facsimile: (614) 232-9306<br>Attorneys for the Trustee |

### **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served upon all persons on the persons listed below and on the attached list via regular mail, postage prepaid, this 12th day of February 2014.

Lorna Overly
1667 Hartwood Road
Chillicothe, Ohio  45601

Charles Peters
2850 Musgrove Road
Chillicothe, Ohio  45601

William Peters
43 Fruit Hill Drive
Chillicothe, Ohio  45601

                                                        /s/ Susan L. Rhiel
                                                      Susan L. Rhiel